UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV - 7 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) No. | **4:13CR470 RWS/NAB** |
| VALENCIA SARDIS, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about June 28, 2012, and continuing to on or about June 29, 2012, in St. Louis County, Missouri, within the Eastern District of Missouri, and elsewhere,

**VALENCIA SARDIS,**

the Defendant herein, did willfully and unlawfully seize, confine, inveigle, kidnap, abduct, and carry away a person known to the grand jury and identified herein as K.K. for ransom, reward, or otherwise, and in so doing Defendant willfully transported K.K. in interstate commerce against his/her will.

In violation of Title 18, United States Code, Section 1201(a)(1), and punishable pursuant to Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
PATRICK T. JUDGE, #39676MO
Assistant United States Attorney